# EXHIBIT 2

| | |
|---|---|
| **From:** | Emerick, Jay |
| **Sent:** | Monday, August 19, 2024 11:20 AM |
| **To:** | Vincent, Robert; andrea@wsfirm.com |
| **Cc:** | *** SharkNinja-Dyson; WHSharkNinja-DysonService@wilmerhale.com; *melissa@gillamsmithlaw.com |
| **Subject:** | Dyson v. SO - EDTX |

Andrea/Robert,

Dyson intends to amend its EDTX Complaint to add the three patents severed last Thursday from the DMass case. To the extent this impacts your response today and you'd like a short extension, let us know.

Jay

**Jay Emerick**

---

**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 3772  **M** +1 773 383 3571
**F** +1 312 862 2200

---

jay.emerick@kirkland.com

1