# EXHIBIT 4



# SharkNinja Revolutionizes Floor Cleaning with New Shark® PowerDetect™ Technology Available in Robot and Cordless Vacuums



*With industry-first innovations including self-emptying and self-cleaning features, this new line of vacuums is Shark's most advanced, powerful and purposeful to-date*

https://sharkninja.com/new-shark-powerdetect-technology/
09/27/2024

**September 5, 2024** – Today at IFA 2024, SharkNinja, Inc. (NYSE: SN), a global product design and technology company, is introducing two new vacuums with first-of-their-kind capabilities. The Shark® PowerDetect™ Clean & Empty Cordless Vacuum and Shark® PowerDetect™ NeverTouch Pro 2-in-1 Robot Vacuum and Mop feature groundbreaking, consumer- inspired technology to combine power, performance and intelligence for best-in-class cleaning.

Shark's PowerDetect™ technology makes this line of products Shark's smartest, most powerful, solution-oriented engineering to date. Both the robot and cordless vacuums feature PowerDetect™ technology that detect dirt, edges, floor types, and corners to elevate cleaning capabilities and reduce human involvement, achieving the most powerful cleaning solutions to date.

 "This PowerDetect™ line of vacuums was created with solving consumer problems at the core, and we know that with these advancements, we are solidifying SharkNinja's positioning in the category as the smartest choice for today's consumer," said Neil Shah, Chief Commercial Officer. "Our PowerDetect™ Cordless and Robot vacuums set a new standard for the industry in the level of automation each provides in addition to unmatched cleaning power, these products are truly in a class of their own and we can't wait for consumers around the world to experience these new vacuums."

**The Shark® PowerDetect™ NeverTouch™ Pro 2-in-1 Robot Vacuum and Mop**

This revolutionary vacuuming and mopping robot can capture more, reach further1 and is truly autonomous. Built with Shark's all-new cleaning technology that allows it to self-clean, self-empty and self-refill, the brand has delivered a reliable, hands-free clean every time. Key features include:

- NeverMiss™: Designed to detect & react to stuck-on stains, different floor types, edges, and even unseen dirt, NeverMiss Technology™ captures more with each clean2.
- DirtDetect identifies areas with more debris then boosts vacuuming performance and StainDetect easily targets areas with stains and the robot will boost mopping performance by taking multiple cleaning passes.
- EdgeDetect blasts air to push debris from edges into the robot's cleaning path. While mopping, it extends the pad up to an inch for edge-to-edge mop cleaning.
- NeverStuck™: Achieve up to 2X better cleaning coverage3 with NeverStuck Technology™ which allows the robot to lift itself over obstacles and across thresholds. When mopping, it keeps the pad above carpets to prevent transferring wet messes and deliver whole-home coverage.
- The advanced 3D sensor and 360° LiDAR work together so the robot can detect and avoid obstacles and furniture, adapting to everyday changes while diligently cleaning.
- NeverTouch™:  Enjoy up to a month of hands-free cleaning and maintenance with the NeverTouch™ Pro Base which automatically empties debris into the 60-day capacity bin, automatically refills its own water tank for up to 30 days, and washes and dries the mopping pad after every clean.
- This expertly designed base captures and traps 99.97% of allergens4 and dust and Odor Neutralizer Technology traps odors to freshen your home.

**The Shark® PowerDetect™ Clean & Empty Cordless Vacuum**

This innovative cordless vacuum offers the best debris cleaning5 of any cordless vacuum in the category and achieves Shark's most powerful cordless suction to date6 with up to 70 minutes7 of uninterrupted cleaning in a compact design. Key features include:

- Four Intelligent PowerDetect™ Technologies: Designed to detect hidden dirt, edges & corners, different floor types, and cleaning direction, then automatically boosts power to increase cleaning up to 75%when carpet & dirt are detected8
- Auto-Empty Dock: Built to automatically charge and empty after every clean, consumers can have confidence that their vacuum is always ready for action. The Auto-empty dock seals away fine dust, debris, allergens and odors resulting in 150X less dust exposure9 than manual emptying.
- DuoClean Detect™ Nozzle: Created to capture more dirt, dust and debris10, this nozzle features two self-cleaning brushrolls, detect and react technology.
- While most vacuums leave behind debris on the backward stroke, Shark is equipped with DirectionDetect technology to pick up debris in both forward and reverse, preventing the need to re-clean the same area.
- The DuoClean Detect nozzle, is effective on all floor types and excels at picking up pet and human hair without the risk of hair wrap.

The Shark® PowerDetect™ NeverTouch™ Pro 2-in-1 Robot Vacuum and Mop and The Shark® PowerDetect™ Clean & Empty Cordless Vacuum are both available now in the U.S. on SharkClean.com for a suggested retail price of $999 and $499, respectively. Beginning this fall, both products will be at select retailers (Amazon, Best Buy and Walmart) nationwide and in select markets globally.

Learn more about SharkNinja's latest innovation in the video below and at SharkClean.com.



https://sharkninja.com/new-shark-powerdetect-technology/
09/27/2024





### Our Company

CAREERS

NEWSROOM

### Our Products

SHARK® BRAND

NINJA® BRAND

### Privacy & Compliance

VULNERABILITY DISCLOSURE POLICY

THIRD PARTY NOTICE

https://sharkninja.com/new-shark-powerdetect-technology/
09/27/2024

| MEDIA INQUIRIES | CUSTOMER SUPPORT – SHARK® BRAND | PRIVACY POLICY |
|---|---|---|
| | CUSTOMER SUPPORT – NINJA® BRAND | PATENTS |
| | | TERMS & CONDITIONS |
| | | AD & COOKIE NOTICE |
| | | CANDIDATE PRIVACY NOTICE |
| | | SUPPLIER CODE OF ETHICS |
| | | ETHICS AND COMPLIANCE HOTLINE |
| | | PRIVACY PORTAL- EXERCISE YOUR RIGHTS |

© 2024 SharkNinja Operating LLC