## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

DYSON, INC. and DYSON TECHNOLOGY LIMITED.,

      *Plaintiffs*,

      v.

SHARKNINJA, INC., OMACRHON ALPHA INC., and OMACHRON INTELLECTUAL PROPERTY INC.,

      *Defendant*s.

CASE NO. 2:24-CV-00386-JRG

**JURY TRIAL DEMANDED**

## ORDER DENYING DEFENDANTS' MOTION TO STAY OR DISMISS PURSUANT TO FIRST-TO-FILE RULE (DKT. 32)

The Court, having considered Defendants' Motion to Stay or Dismiss Pursuant to First-to-File Rule (the "Motion"), and all briefing in support thereof and opposition thereto, concludes that Defendants' Motion should be and hereby is **DENIED**.

IT IS SO ORDERED.