# EXHIBIT 4



https://sharkninja.com/our-company
09/27/2024

Our associates are passionate about creating and delivering high-performance technology to every consumer that goes above and beyond anything they've ever experienced before. We work incessantly to pioneer unparalleled products that solve existing problems, extraordinary problems and even problems they don't know they have. This is product performance that raises eyebrows and the quality of life.

## What We Deliver






1 — SPEED: First-to-market disruptive innovations
2 — PERFORMANCE: High-performing products that exceed expectations
3 — QUALITY: 5-star quality product experience
4 — VALUE: Accessible prices for incredible value

## Who We Are: By The Numbers



$4.3bn — Net Sales[1,2]
20% — Net Sales CAGR[3] (March 2008-2023)
3,000+ — Employees[2]
4,500+ — Patents[2]
32 — Markets[2]
31 — Sub-Categories[2]
5 — Innovation Centers[2]
140+ — Retailers Globally[2]

¹ Net Sales includes sales in the Asia Pacific region and Greater China "APAC". Adjusted Net Sales of $4.2bn for fiscal year 2023, which represents sales excluding APAC.

² As of December 31, 2023.

³ 2008 represents fiscal year end as of March 2008.

## Where We Work

North America   Europe   Asia



## Our Global Leadership Team

https://sharkninja.com/our-company
09/27/2024



**Mark Rosenzweig**

Founder

SharkNinja has a proud history as a pioneer in small household appliances, and we continuously create a broad array of products that consumers love. With a legacy that dates back several decades, SharkNinja has transformed from its origins as an early-stage pioneer into a portfolio of trusted, global, billion-dollar brands driving rapid growth and innovation across the multiple categories in which we compete today.



**Mark Barrocas**

Chief Executive Officer



**Neil Shah**

Chief Commercial Officer, EVP

**Patraic Reagan**

Chief Financial Officer



**Pedro J. Lopez-Baldrich**

Chief Legal Officer, EVP



**Ross Richardson**

Chief Design Officer, EVP



**Kim Smolko**

Chief Operating Officer, EVP



**Adam Petrick**

Chief Marketing Officer



**Elizabeth Norberg**

Chief People Officer, EVP



**Purvin Shah**

Ninja Global Product Development, EVP



**Anthony Marra**

Global Product Development, EVP – Shark



**Velia Carboni**

Chief Information Officer



**Adam Rodgers**

General Manager, SVP North America Retail



**Tom Brown**

President, UK & Europe

 

## Our Company

- CAREERS
- NEWSROOM
- MEDIA INQUIRIES

## Our Products

- SHARK® BRAND
- NINJA® BRAND
- CUSTOMER SUPPORT – SHARK® BRAND

## Privacy & Compliance

- VULNERABILITY DISCLOSURE POLICY
- THIRD PARTY NOTICE
- PRIVACY POLICY

https://sharkninja.com/our-company
09/27/2024

CUSTOMER SUPPORT – NINJA® BRAND

PATENTS

TERMS & CONDITIONS

AD & COOKIE NOTICE

CANDIDATE PRIVACY NOTICE

SUPPLIER CODE OF ETHICS

ETHICS AND COMPLIANCE HOTLINE

PRIVACY PORTAL- EXERCISE YOUR RIGHTS

© 2024 SharkNinja Operating LLC