# EXHIBIT 5



NEWS RELEASE

# SharkNinja Announces Appointment of Adam Petrick as Global Chief Marketing Officer

12/11/2023

NEEDHAM, Mass.--(BUSINESS WIRE)-- **SharkNinja**, Inc. (NYSE: SN), a global product design and technology company, today announced that Adam Petrick has been named its Chief Marketing Officer.

(Photo: Business Wire)

"We are thrilled to welcome Adam to the SharkNinja team," said **Mark Barrocas, Chief Executive Officer**. "I'm confident that Adam's experience and vision will propel our brand and global marketing powerhouse. With his pulse on the consumer and track record of driving brand relevancy, Adam will be instrumental as we continue to execute our three-pilar growth strategy in the constant pursuit of our mission to positively impact people's lives in homes around the world."

Mr. Petrick is a brand and marketing strategist with 24 years of global experience, most recently serving as PUMA's Global Chief Brand Officer where he was responsible for helping establish one of the most recognizable brands in the world.

"Everything at SharkNinja resolves around solving consumer problems and making a positive impact – two things that were incredibly important to me as I sought my next opportunity," said Mr. Petrick. "I'm excited to work closely with Mark and the team to globalize our brands and bring even more disruptive innovation to market."

From beauty, floor care to kitchen tools – SharkNinja has built a highly-diverse portfolio of disruptive innovation that provides consumers with performance and value. Mr. Petrick will join the SharkNinja executive leadership team and be based out of the company's headquarters in Needham, Massachusetts.

## About SharkNinja

SharkNinja, Inc. (NYSE: SN) is a global product design and technology company, with a diversified portfolio of 5-star rated lifestyle solutions that positively impact people's lives in homes around the world. Powered by two trusted, global brands, Shark and Ninja, the company has a proven track record of bringing disruptive innovation to market, and developing one consumer product after another has allowed SharkNinja to enter multiple product categories, driving significant growth and market share gains. Headquartered in Needham, Massachusetts with more than 2,800 associates, the company's products are sold at key retailers, online and offline, and through distributors around the world. For more information, please visit **SharkNinja.com** and follow @SharkNinja.

## Media Relations: Sarah McKinney, VP, Corporate Communications, **PR@sharkninja.com**

## Investor Relations: Arvind Bhatia, VP, Investor Relations, **IR@sharkninja.com**

Source: SharkNinja