# EXHIBIT 10

https://sharkninja.com/careers?gh_jid=4404824006
09/28/2024



https://sharkninja.com/careers?gh_jid=4404824006
09/28/2024



## Join The Team: Search Our Open Positions

https://sharkninja.com/careers?gh_jid=4404824006
09/28/2024



< Back to jobs

New

# Sales Operations Manager – Sam's Club

Bentonville, Arkansas, United States



Apply

Our purpose is to positively impact people's lives every day in every home around the world! We work very hard to provide our consumers with high-quality, exciting 5-star products that make life easier. We thrive on passion and innovation and are looking for great people, with great ideas, who want to build the next big thing and develop while they do.

The Sales Operations Manager is the primary resource for operational functions associated with forecasting, replenishment, and revenue planning for the SharkNinja business at Sam's Club.  Key functions will include demand planning, forecasting, inventory management, POS & trend analysis, trade spend management, daily monitoring of overall business trends and operational performance.  The Sales Operations Manager plays an important role monitoring real time business issues, interpreting data and serving as the gatekeeper to all forecasting initiatives.  The role will work with SharkNinja internal cross functional resources to ensure business issues are communicated and acted upon in a timely manner as well as with direct account contacts.

**Responsibilities:**

- Become a leading resource on customer specific needs and requirements while providing timely communication to both the account and company ensuring you meet the needs and requirements of both
- Coordinate and track sales performance to promotional expectations with sales analyst and help formulate a future shipment plan based on the results
- Work closely with customer demand planning teams, Sales Directors and Replenishment Managers on forecasting, inventory planning, orders, and supply chain management
- Input the forecast in "SFO" System and update Data Governance on new additions and updated price lists to SFO
- Collaborate with team to conduct periodic meetings with customers' replenishment teams to review recent results and confirm changes affected positively and negatively to the sales
- Assist Sales team partners to contribute to the annual budget planning process
- Coordinate customers' domestic/import orders with supply chain both in planning and availability dates
- Work with Sales Director on trade spend management. Input confirmed promotional plans into forecasting system

https://sharkninja.com/careers?gh_jid=4404824006
09/28/2024

- Work with Accounting reconciling customers monthly/quarterly vendor income true-up
- Coordinate monthly vendor income collection with retail partner
- Partner with the Sales Director and Account Managers to coordinate monthly business reviews, weekly POS reports and monthly consensus deck
- Quickly develop a working knowledge of the assigned business from both a product and consumer basis for our product and our competitions
- Create and assist with managing and tracking the annual Joint Business Plan for all departments
- Provide monthly financial update and conduct a deep dive analysis into key operational/sales performance metrics
- Work closely with internal accounting team and third-party service to reconciling post audit claims

**Requirements:**

- Bachelor's degree or equivalent experience
- 3-5 years of experience in demand planning/supply chain management or business analytics/financial role within the consumer products industry
- Retail Link and Madrid experience required – Supplier Hub and TSCP 2.0 preferred
- Ability to draw insights across multiple complex data sets and incorporate into decision making
- Past operational or sales experience with Walmart and/or Sam's Club strongly preferred

- Must have strong analytical skills, attention to detail, and advanced proficiency in the MS Office Suite
- Strong communication, organization, project management and interpersonal skills

- Ability to work in a collaborative and fast paced team environment

- Demonstrated experience managing projects/initiatives, including communications to management

- Experience with creating and managing Joint Business Plans annual plans desirable
- Must be detail oriented, able to set priorities, and juggle several tasks within a fast-paced, deadline driven environment with a positive attitude

At SharkNinja, Diversity, Equity, and Inclusion are vital to our global success. Valuing each unique voice and blending all of our diverse skills strengthens SharkNinja's innovation every day. We support ALL associates in bringing their authentic selves to work, making an impact, and having the opportunity for career acceleration. With help from our leadership, associates, and our community, we aim to have equity be a key component of the SharkNinja DNA.

YOUR ROLE in leading our SUCCESS DRIVERS & representing our UNIQUE MINDSET

- *Lead us to be "RARELY SATISFIED"*
- *Make things better each day; "PROGRESS OVER PERFECTION"*
- *Use your knowledge of our consumer, understand that "DETAILS MAKE THE DIFFERENCE"*
- *Deliver something great; "WINNING IS A TEAM SPORT"*
- *Be clear and honest, "COMMUNICATING FOR IMPACT"*

Explore SharkNinja:
Instagram
LinkedIn

SharkNinja's Candidate Privacy Notice can be found here: https://www.sharkninja.com/candidate-privacy-notice/

We do not discriminate on the basis of race, religion, color, national origin, sex, gender, gender expression, sexual orientation, age, marital status, veteran status, disability, or any other class protected by legislation, and local law. SharkNinja will consider reasonable accommodations consistent with legislation, and local law. If you require a reasonable accommodation to participate in the job application or interview process, please contact SharkNinja People & Culture at accommodations@sharkninja.com

## Apply for this job

* indicates a required field

**First Name** *

**Last Name** *

**Email** *

**Phone** *

https://sharkninja.com/careers?gh_jid=4404824006
09/28/2024

**Resume/CV** *

Attach

Dropbox

Enter manually

Accepted file types: pdf, doc, docx, txt, rtf

**Cover Letter**

Attach

Dropbox

Enter manually

Accepted file types: pdf, doc, docx, txt, rtf

**LinkedIn Profile**

**Website**

**Are you legally authorized to work in the United States?** *

Select...

**Will you now or in the future require sponsorship for employment visa status (e.g., H-1B visa status)?** *

Select...

**Are you subject to any noncompete nondisclosure/confidentiality agreement?** *

Select...

https://sharkninja.com/careers?gh_jid=4404824006
09/28/2024



SMS consent

## U.S. Standard Demographic Questions

**SharkNinja, Welcoming Everyone**

At SharkNinja, we take pride in our uniqueness. Our innovation extends beyond our products to the way we work, embracing diversity as a cornerstone of our success. We recognize that our differences make us stronger, more creative, and better at what we do. Our workforce should reflect the diversity of our customer base, which is why our recruitment commitment is to truly be an exemplary, equal opportunity employer, fostering a welcoming and inclusive workplace.

We are looking for you as a valued candidate, to help us achieve our commitment by participating in this short questionnaire. You can choose if you want to complete the questions, if you do your answers will help us to ensure our hiring practices are inclusive, and in return we commit to treating the information you provide with respect by applying technical measures to your response to remove it from your candidate record.

**How will we use the data?**

None of the hiring team will have access to your responses, therefore the information you provide will NOT be used as part of your application process.

The data will be used to report on our recruitment process and its success in supporting Diversity, Equality, and Inclusion.

You can review our privacy statement at this link: Candidate Privacy Notice.

You can exercise your Data Subject Rights at any point during or after our recruitment process. For more information, please visit our Candidate Privacy Notice here

https://sharkninja.com/careers?gh_jid=4404824006
09/28/2024

**How would you describe your gender identity? (mark all that apply)**
Select...

**How would you describe your racial/ethnic background? (mark all that apply)**
Select...

**How would you describe your sexual orientation? (mark all that apply)**
Select...

**Do you identify as transgender?**
Select...

**Do you have a disability or chronic condition (physical, visual, auditory, cognitive, mental, emotional, or other) that substantially limits one or more of your major life activities, including mobility, communication (seeing, hearing, speaking), and learning?**
Select...

**Are you a veteran or active member of the United States Armed Forces?**
Select...

Submit application

Privacy - Terms

https://sharkninja.com/careers?gh_jid=4404824006
09/28/2024

*We do not discriminate on the basis of race, religion, color, national origin, sex, gender, gender expression, sexual orientation, age, marital status, veteran status, disability, or any other class protected by legislation, and local law. SharkNinja will consider reasonable accommodations consistent with legislation, and local law. If you require a reasonable accommodation to participate in the job application or interview process,*

Shark NINJA

## Our Company

CAREERS

NEWSROOM

MEDIA INQUIRIES

## Our Products

SHARK® BRAND

NINJA® BRAND

CUSTOMER SUPPORT – SHARK® BRAND

CUSTOMER SUPPORT – NINJA® BRAND

## Privacy & Compliance

VULNERABILITY DISCLOSURE POLICY

THIRD PARTY NOTICE

PRIVACY POLICY

PATENTS

TERMS & CONDITIONS

AD & COOKIE NOTICE

CANDIDATE PRIVACY NOTICE

SUPPLIER CODE OF ETHICS

ETHICS AND COMPLIANCE HOTLINE

PRIVACY PORTAL- EXERCISE YOUR RIGHTS





https://sharkninja.com/careers?gh_jid=4404824006
09/28/2024

© 2024 SharkNinja Operating LLC