# EXHIBIT 11

https://sharkninja.com/careers?gh_jid=4395074006
09/28/2024



https://sharkninja.com/careers?gh_jid=4395074006
09/28/2024

## Our associates drive for the extraordinary every day as they set out to solve consumer problems and positively impact people's lives in homes around the world.



https://sharkninja.com/careers?gh_jid=4395074006
09/28/2024



## Join The Team: Search Our Open Positions



< Back to jobs

### VP Social Content and Video Production - SharkNinja Studio

Chino, CA, United States



Apply

https://sharkninja.com/careers?gh_jid=4395074006
09/28/2024

Our purpose is to positively impact people's lives every day in every home around the world! We work very hard to provide our consumers with high-quality, exciting 5-star products that make life easier. We thrive on passion and innovation and are looking for great people, with great ideas, who want to build the next big thing and develop while they do.

**Vice President, Co-Lead Social Content and Video Production - SharkNinja Studio**

**Position Overview:** The VP, Co-Lead Social Content and Video Production at SharkNinja Studio is a dynamic leadership role responsible for overseeing the development, execution, and operational management of the content studio. This position will co-lead the studio's creative and production efforts, driving the creation of high-impact social content and video production that amplifies SharkNinja's brand presence across video, retail and digital platforms. The ideal candidate is a visionary leader with a proven ability to operationalize a content studio, manage large teams, and deliver compelling content that resonates with diverse audiences.

**Key Responsibilities:**

1. **Content Studio Operationalization:**
    - Develop and implement a strategic vision for the SharkNinja Studio, focusing on the creation of an efficient, scalable, and high-performing content production operation.
    - Establish and optimize studio workflows, processes, and tools to ensure smooth, cost-effective, and timely production of social content and video assets.
    - Build and manage relationships with external partners, vendors, and freelancers to enhance the studio's capabilities and output.
    - Partner closely cross office and cross function to ensure that content briefs are closely defined and executed to correct specs and needs.

https://sharkninja.com/careers?gh_jid=4395074006
09/28/2024

2. **Creative Leadership & Strategy:**
   - Co-lead the creative production direction for all social content and video production initiatives, ensuring alignment with SharkNinja's brand identity and marketing objectives.
   - Collaborate with cross-functional teams including marketing, product, and digital teams to develop and execute content strategies that drive engagement and brand loyalty.
   - Foster a culture of creativity, innovation, and excellence within the studio, inspiring the team to push creative boundaries and deliver outstanding work.
3. **Team Management & Development:**
   - Lead and manage a large, multidisciplinary team of content creators, videographers, editors, and other production staff, ensuring effective collaboration and high performance.
   - Mentor and develop team members, providing guidance and support to help them grow their skills and advance their careers.
   - Oversee recruitment and onboarding processes to build a talented and diverse team that meets the studio's evolving needs.
4. **Project Management & Execution:**
   - Oversee the end-to-end production process for social content and video projects, from concept development to final delivery.
   - Ensure all projects are delivered on time, within budget, and to the highest quality standards, meeting or exceeding business goals.
   - Implement project management best practices, including timeline management, resource allocation, and risk mitigation.
5. **Performance & Analytics:**
   - Utilize data-driven insights to refine content strategies, optimize production processes, and improve overall

https://sharkninja.com/careers?gh_jid=4395074006
09/28/2024

       studio performance.
     - Partner with the social, media, and creative teams to analyze the performance of social content and video assets, using key metrics to inform future creative and operational decisions.
     - Report on studio performance to senior leadership, providing actionable recommendations to drive continuous improvement.
6. **Cross-Functional Collaboration:**
     - Work closely with marketing, product, ci and creative teams to ensure content aligns with broader business goals and marketing campaigns.
     - Collaborate with the digital and social media teams to develop content that is optimized for various platforms, driving maximum engagement and reach.
     - Partner with other internal stakeholders to integrate content production into broader marketing and communication strategies.
7. **Budget & Resource Management:**
     - Manage the studio's budget, ensuring efficient use of resources to maximize output and ROI.
     - Oversee the procurement and maintenance of production equipment, software, and other studio resources.
     - Evaluate and implement new technologies and tools to enhance production capabilities and studio efficiency.

**Qualifications:**

- Bachelor's degree in Marketing, Film Production, Digital Media, or a related field. Master's degree preferred.
- 15+ years of experience in social content creation, video production, or digital media, with at least 5 years in a senior leadership role.
- Proven track record of operationalizing and scaling content studios, with a focus on social content and video production.

https://sharkninja.com/careers?gh_jid=4395074006
09/28/2024

- Strong leadership skills with experience managing large, multidisciplinary teams.
- Deep understanding of social media platforms, digital content trends, and video production techniques.
- Excellent project management skills, with the ability to manage multiple projects simultaneously in a fast-paced environment.
- Strong analytical skills with the ability to use data to drive decisions and improve performance.
- Exceptional communication and collaboration skills, with experience working cross-functionally to achieve business goals.
- Proficiency in industry-standard software and tools for content creation and project management.

**Reports To:**
SVP, Global Creative Services

**Location:** Irvine, CA

Salary Range for this position is $224,300.00 - $302,200.00 (DOE)

At SharkNinja, Diversity, Equity, and Inclusion are vital to our global success. Valuing each unique voice and blending all of our diverse skills strengthens SharkNinja's innovation every day. We support ALL associates in bringing their authentic selves to work, making an impact, and having the opportunity for career acceleration. With help from our leadership, associates, and our community, we aim to have equity be a key component of the SharkNinja DNA.

https://sharkninja.com/careers?gh_jid=4395074006
09/28/2024

YOUR ROLE in leading our SUCCESS DRIVERS & representing our UNIQUE MINDSET

- *Lead us to be "RARELY SATISFIED"*
- *Make things better each day; "PROGRESS OVER PERFECTION"*
- *Use your knowledge of our consumer, understand that "DETAILS MAKE THE DIFFERENCE"*
- *Deliver something great; "WINNING IS A TEAM SPORT"*
- *Be clear and honest, "COMMUNICATING FOR IMPACT"*

Explore SharkNinja:
Instagram
LinkedIn

SharkNinja's Candidate Privacy Notice can be found here: https://www.sharkninja.com/candidate-privacy-notice/

We do not discriminate on the basis of race, religion, color, national origin, sex, gender, gender expression, sexual orientation, age, marital status, veteran status, disability, or any other class protected by legislation, and local law. SharkNinja will consider reasonable accommodations consistent with legislation, and local law. If you require a reasonable accommodation to participate in the job application or interview process, please contact SharkNinja People & Culture at accommodations@sharkninja.com

https://sharkninja.com/careers?gh_jid=4395074006
09/28/2024

# Apply for this job

*indicates a required field

**First Name***

**Last Name***

**Email***

**Phone***

**Resume/CV** *

Attach

Dropbox

Enter manually

https://sharkninja.com/careers?gh_jid=4395074006
09/28/2024

Accepted file types: pdf, doc, docx, txt, rtf

**Cover Letter**

Attach

Dropbox

Enter manually

Accepted file types: pdf, doc, docx, txt, rtf

**LinkedIn Profile**

**Website**

**Are you legally authorized to work in the United States?** *
Select...

**Will you now or in the future require sponsorship for employment visa status (e.g., H-1B visa status)?** *
Select...

https://sharkninja.com/careers?gh_jid=4395074006
09/28/2024



## U.S. Standard Demographic Questions

### SharkNinja, Welcoming Everyone

At SharkNinja, we take pride in our uniqueness. Our innovation extends beyond our products to the way we work, embracing diversity as a cornerstone of our success. We recognize that our differences make us stronger, more creative, and better at what we do. Our workforce should reflect the diversity of our customer base, which is why our recruitment commitment is to truly be an exemplary, equal opportunity employer, fostering a welcoming and inclusive workplace.

https://sharkninja.com/careers?gh_jid=4395074006
09/28/2024

We are looking for you as a valued candidate, to help us achieve our commitment by participating in this short questionnaire. You can choose if you want to complete the questions, if you do your answers will help us to ensure our hiring practices are inclusive, and in return we commit to treating the information you provide with respect by applying technical measures to your response to remove it from your candidate record.

**How will we use the data?**

None of the hiring team will have access to your responses, therefore the information you provide will NOT be used as part of your application process.

The data will be used to report on our recruitment process and its success in supporting Diversity, Equality, and Inclusion.

You can review our privacy statement at this link: Candidate Privacy Notice.

You can exercise your Data Subject Rights at any point during or after our recruitment process. For more information, please visit our Candidate Privacy Notice here

**How would you describe your gender identity? (mark all that apply)**
Select...

**How would you describe your racial/ethnic background? (mark all that apply)**
Select...

https://sharkninja.com/careers?gh_jid=4395074006
09/28/2024

**How would you describe your sexual orientation? (mark all that apply)**
Select...

**Do you identify as transgender?**
Select...

**Do you have a disability or chronic condition (physical, visual, auditory, cognitive, mental, emotional, or other) that substantially limits one or more of your major life activities, including mobility, communication (seeing, hearing, speaking), and learning?**
Select...

**Are you a veteran or active member of the United States Armed Forces?**
Select...

Submit application

https://sharkninja.com/careers?gh_jid=4395074006
09/28/2024



We do not discriminate on the basis of race, religion, color, national origin, sex, gender, gender expression, sexual orientation, age, marital status, veteran status, disability, or any other class protected by legislation, and local law. SharkNinja will consider reasonable accommodations consistent with legislation, and local law. If you require a reasonable accommodation to participate in the job application or interview process, please contact SharkNinja People & Culture at accommodations@sharkninja.com



https://sharkninja.com/careers?gh_jid=4395074006
09/28/2024

**Our Company**

CAREERS

NEWSROOM

MEDIA INQUIRIES

**Our Products**

SHARK® BRAND

NINJA® BRAND

CUSTOMER SUPPORT – SHARK® BRAND

CUSTOMER SUPPORT – NINJA® BRAND

https://sharkninja.com/careers?gh_jid=4395074006
09/28/2024

## Privacy & Compliance

VULNERABILITY DISCLOSURE POLICY

THIRD PARTY NOTICE

PRIVACY POLICY

PATENTS

TERMS & CONDITIONS

AD & COOKIE NOTICE

CANDIDATE PRIVACY NOTICE

SUPPLIER CODE OF ETHICS

ETHICS AND COMPLIANCE HOTLINE

PRIVACY PORTAL- EXERCISE YOUR RIGHTS

© 2024 SharkNinja Operating LLC