# EXHIBIT 12


Maps

1330 W Fulton St, Chicago, IL 60607 to 1 Courthouse Way, Boston, MA 02210

Drive 984 miles, 14 hr 50 min



Imagery ©2024 Landsat / Copernicus, Data SIO, NOAA, U.S. Navy, NGA, GEBCO, Data LDEO-Columbia, NSF, NOAA, Imagery ©2024 TerraMetrics, Map data ©2024 Google, INEGI    100 mi

| | via I-90 E | 14 hr 50 min |
|---|---|---|
| | Fastest route, the usual traffic | 984 miles |
| | ⚠ This route has tolls. | |
| | ⚠ Your destination is in a different time zone. | |

| | via I-86 E | 18 hr 6 min |
|---|---|---|
| | | 1,046 miles |

| | via I-80 E and I-90 E | 15 hr 12 min |
|---|---|---|
| | | 993 miles |

Explore new places along this route

Add suggested stops

Cedar Point
4.6 (53,160)

Toledo Museum of Art
4.8 (5,108)

The Cleveland Museum of Art
4.9 (11,637)

Fallsview Casino Resort
4.3 (21,940)

Niagara Falls
4.8 (125,304)

Royal Ontario Museum
4.7 (36,446)

The Strong National Museum of Play
4.8 (9,240)

Buttermilk Falls State Park
4.7 (5,231)

See more stops

Explore nearby 1 Courthous

Measure distance
Total distance: 853.75 mi (1,373.98 km)



