# EXHIBIT 13

 Maps

**1330 W Fulton St, Chicago, IL 60607 to 100 E Houston St, Marshall, TX 75670**

Drive 867 miles, 13 hr 2 min



Imagery ©2024 Data SIO, NOAA, U.S. Navy, NGA, GEBCO, Landsat / Copernicus, Data LDEO-Columbia, NSF, NOAA, Imagery ©2024 TerraMetrics, Map data ©2024 Google, INEGI      100 mi

| | via I-57 S | 13 hr 2 min |
|---|---|---|
| | Fastest route, the usual traffic | 867 miles |

| | via I-55 S | 13 hr 12 min |
|---|---|---|
| | | 856 miles |

### Explore new places along this route
Add suggested stops

Krannert Art Museum
4.7 (283)

B Harley Bradley House
4.8 (152)

Garden of the Gods
4.9 (4,497)



Memphis Zoo
4.6  (14,840)

Little Rock Zoo
4.2  (5,064)

Hot Springs National Park
4.7  (14,655)

Four States Auto Museum
4.8  (162)

KidsWork Children's Museum
4.4  (342)

See more stops

Explore nearby 100 E Houston St

Restaurants    Hotels    Gas stations



Measure distance
Total distance: 780.78 mi (1,256.55 km)