# EXHIBIT 14

| Month | Boston | Marshall |
|---|---|---|
| January | $196 | $144 |
| April | $343 | $163 |
| July | $369 | $164 |
| October | $417 | $114 |
| | | |
| Overall Average: | $331 | $146 |

| Month | Boston | Marshall |
|---|---|---|
| January | $196 | $144 |
| April | $343 | $163 |

| Site | City | Month | TotalCost |
|---|---|---|---|
| Booking | Boston | January | $8,306 |
| Booking | Boston | January | $4,352 |
| Booking | Boston | January | $6,618 |
| Booking | Boston | January | $5,973 |
| Booking | Boston | January | $5,705 |
| Booking | Boston | January | $4,525 |
| Booking | Boston | January | $5,201 |
| Booking | Boston | January | $5,890 |
| Booking | Boston | January | $24,764 |
| Booking | Boston | January | $4,069 |
| Booking | Boston | January | $4,076 |
| Booking | Boston | January | $3,831 |
| Booking | Boston | January | $4,901 |
| Booking | Boston | January | $3,443 |
| Booking | Boston | January | $3,977 |
| Booking | Boston | January | $3,982 |
| Booking | Boston | January | $3,977 |
| Booking | Boston | January | $3,825 |
| Booking | Boston | January | $3,982 |
| Booking | Boston | January | $3,982 |
| Booking | Boston | January | $3,923 |
| Booking | Boston | January | $3,977 |
| Booking | Boston | January | $3,977 |
| Booking | Boston | January | $3,982 |
| Booking | Boston | January | $4,338 |
| Hotels | Boston | January | $3,034 |
| Hotels | Boston | January | $5,438 |
| Hotels | Boston | January | $4,669 |
| Hotels | Boston | January | $4,943 |
| Hotels | Boston | January | $5,116 |
| Hotels | Boston | January | $4,858 |
| Hotels | Boston | January | $7,344 |
| Hotels | Boston | January | $3,782 |
| Hotels | Boston | January | $4,534 |
| Hotels | Boston | January | $4,488 |
| Hotels | Boston | January | $5,918 |
| Hotels | Boston | January | $7,607 |
| Hotels | Boston | January | $7,792 |
| Hotels | Boston | January | $3,862 |
| Hotels | Boston | January | $6,764 |
| Hotels | Boston | January | $5,831 |
| Hotels | Boston | January | $5,631 |
| Hotels | Boston | January | $5,631 |
| Hotels | Boston | January | $4,534 |

| | | | |
|---|---|---|---|
| Hotels | Boston | January | $5,440 |
| Hotels | Boston | January | $7,344 |
| Hotels | Boston | January | $5,438 |
| Hotels | Boston | January | $14,350 |
| Hotels | Boston | January | $5,842 |
| Hotels | Boston | January | $3,338 |
| Hotels | Boston | January | $9,127 |
| Hotels | Boston | January | $4,858 |
| Hotels | Boston | January | $40,843 |
| Hotels | Boston | January | $5,116 |
| Hotels | Boston | January | $5,715 |
| Hotels | Boston | January | $8,282 |
| Hotels | Boston | January | $7,243 |
| Hotels | Boston | January | $5,185 |
| Hotels | Boston | January | $9,586 |
| Hotels | Boston | January | $4,881 |
| Hotels | Boston | January | $9,404 |
| Hotels | Boston | January | $4,769 |
| Hotels | Boston | January | $4,464 |
| Hotels | Boston | January | $4,695 |
| Hotels | Boston | January | $6,426 |
| Hotels | Boston | January | $8,960 |
| Hotels | Boston | January | $3,858 |
| Hotels | Boston | January | $3,034 |
| Hotels | Boston | January | $5,911 |
| Hotels | Boston | January | $5,598 |
| Hotels | Boston | January | $4,763 |
| Hotels | Boston | January | $4,084 |
| Hotels | Boston | January | $5,372 |
| Hotels | Boston | January | $5,598 |
| Hotels | Boston | January | $4,470 |
| Hotels | Boston | January | $5,053 |
| Hotels | Boston | January | $4,680 |
| Hotels | Boston | January | $4,417 |
| Hotels | Boston | January | $4,470 |
| Hotels | Boston | January | $3,581 |
| Hotels | Boston | January | $5,375 |
| Hotels | Boston | January | $5,809 |
| Hotels | Boston | January | $4,488 |
| Hotels | Boston | January | $4,669 |
| Hotels | Boston | January | $4,204 |
| Hotels | Boston | January | $7,565 |
| Hotels | Boston | January | $4,192 |
| Hotels | Boston | January | $3,495 |
| Hotels | Boston | January | $15,634 |

| Hotels | Boston | January | $5,544 |
|---|---|---|---|
| Hotels | Boston | January | $8,026 |
| Hotels | Boston | January | $4,698 |
| Hotels | Boston | January | $4,680 |
| Hotels | Boston | January | $5,375 |
| Hotels | Boston | January | $3,401 |
| Hotels | Boston | January | $5,062 |
| Hotels | Boston | January | $4,672 |
| Hotels | Boston | January | $5,554 |
| Hotels | Boston | January | $5,662 |
| Hotels | Boston | January | $4,796 |
| Hotels | Boston | January | $5,193 |
| Hotels | Boston | January | $28,672 |
| Hotels | Boston | January | $3,409 |
| Hotels | Boston | January | $4,604 |
| Hotels | Boston | January | $3,569 |
| Hotels | Boston | January | $4,049 |
| Hotels | Boston | January | $6,537 |
| Hotels | Boston | January | $3,572 |
| Hotels | Boston | January | $4,523 |
| Hotels | Boston | January | $4,266 |
| Hotels | Boston | January | $4,576 |
| Hotels | Boston | January | $6,537 |
| Hotels | Boston | January | $5,790 |
| Hotels | Boston | January | $7,792 |
| Hotels | Boston | January | $4,695 |
| Hotels | Boston | January | $9,353 |
| | | | |
| | | AVERAGE: | $196 |

| Site | City | Month | TotalCost |
|---|---|---|---|
| Booking | Boston | April | $13,919 |
| Booking | Boston | April | $14,812 |
| Booking | Boston | April | $27,565 |
| Booking | Boston | April | $12,751 |
| Booking | Boston | April | $9,362 |
| Booking | Boston | April | $9,393 |
| Booking | Boston | April | $12,565 |
| Booking | Boston | April | $17,018 |
| Booking | Boston | April | $9,430 |
| Booking | Boston | April | $11,250 |
| Booking | Boston | April | $3,851 |
| Booking | Boston | April | $3,851 |
| Booking | Boston | April | $3,352 |
| Booking | Boston | April | $9,231 |
| Booking | Boston | April | $8,743 |
| Booking | Boston | April | $7,540 |
| Booking | Boston | April | $5,300 |
| Booking | Boston | April | $13,609 |
| Booking | Boston | April | $5,009 |
| Booking | Boston | April | $8,676 |
| Booking | Boston | April | $6,775 |
| Booking | Boston | April | $9,310 |
| Booking | Boston | April | $10,082 |
| Booking | Boston | April | $15,638 |
| Booking | Boston | April | $14,021 |
| Hotels | Boston | April | $5,786 |
| Hotels | Boston | April | $8,282 |
| Hotels | Boston | April | $20,269 |
| Hotels | Boston | April | $10,059 |
| Hotels | Boston | April | $9,626 |
| Hotels | Boston | April | $15,549 |
| Hotels | Boston | April | $20,085 |
| Hotels | Boston | April | $14,820 |
| Hotels | Boston | April | $11,275 |
| Hotels | Boston | April | $16,052 |
| Hotels | Boston | April | $12,032 |
| Hotels | Boston | April | $13,075 |
| Hotels | Boston | April | $17,026 |
| Hotels | Boston | April | $12,894 |
| Hotels | Boston | April | $12,077 |
| Hotels | Boston | April | $11,767 |
| Hotels | Boston | April | $15,549 |
| Hotels | Boston | April | $8,100 |
| Hotels | Boston | April | $7,162 |

| Hotels | Boston | April | $14,295 |
| --- | --- | --- | --- |
| Hotels | Boston | April | $8,282 |
| Hotels | Boston | April | $7,932 |
| Hotels | Boston | April | $17,470 |
| Hotels | Boston | April | $10,650 |
| Hotels | Boston | April | $12,730 |
| Hotels | Boston | April | $16,783 |
| Hotels | Boston | April | $9,222 |
| Hotels | Boston | April | $12,077 |
| Hotels | Boston | April | $11,493 |
| Hotels | Boston | April | $19,222 |
| Hotels | Boston | April | $7,793 |
| Hotels | Boston | April | $10,890 |
| Hotels | Boston | April | $10,841 |
| Hotels | Boston | April | $5,570 |
| Hotels | Boston | April | $5,786 |
| Hotels | Boston | April | $11,690 |
| Hotels | Boston | April | $10,309 |
| Hotels | Boston | April | $5,911 |
| Hotels | Boston | April | $8,100 |
| Hotels | Boston | April | $6,828 |
| Hotels | Boston | April | $8,455 |
| Hotels | Boston | April | $7,263 |
| Hotels | Boston | April | $9,749 |
| Hotels | Boston | April | $11,493 |
| Hotels | Boston | April | $7,507 |
| Hotels | Boston | April | $8,999 |
| Hotels | Boston | April | $5,730 |
| Hotels | Boston | April | $7,423 |
| Hotels | Boston | April | $7,263 |
| Hotels | Boston | April | $7,507 |
| Hotels | Boston | April | $7,162 |
| Hotels | Boston | April | $11,477 |
| Hotels | Boston | April | $6,964 |
| Hotels | Boston | April | $11,362 |
| Hotels | Boston | April | $6,478 |
| Hotels | Boston | April | $8,262 |
| Hotels | Boston | April | $15,634 |
| Hotels | Boston | April | $8,455 |
| Hotels | Boston | April | $12,032 |
| Hotels | Boston | April | $8,009 |
| Hotels | Boston | April | $5,442 |
| Hotels | Boston | April | $8,062 |
| Hotels | Boston | April | $8,096 |
| Hotels | Boston | April | $5,685 |

| Hotels | Boston | April | $7,996 |
|--------|--------|-------|--------|
| Hotels | Boston | April | $12,462 |
| Hotels | Boston | April | $9,401 |
| Hotels | Boston | April | $9,626 |
| Hotels | Boston | April | $11,362 |
| Hotels | Boston | April | $14,692 |
| Hotels | Boston | April | $5,911 |
| Hotels | Boston | April | $5,129 |
| Hotels | Boston | April | $20,085 |
| Hotels | Boston | April | $6,000 |
| Hotels | Boston | April | $4,844 |
| Hotels | Boston | April | $4,441 |
| Hotels | Boston | April | $6,752 |
| Hotels | Boston | April | $5,642 |
| Hotels | Boston | April | $7,475 |
| Hotels | Boston | April | $11,690 |
| Hotels | Boston | April | $14,820 |

AVERAGE: $343

| Site | City | Month | TotalCost |
|---|---|---|---|
| Booking | Boston | July | $13,751 |
| Booking | Boston | July | $11,452 |
| Booking | Boston | July | $17,052 |
| Booking | Boston | July | $27,565 |
| Booking | Boston | July | $14,061 |
| Booking | Boston | July | $9,559 |
| Booking | Boston | July | $9,592 |
| Booking | Boston | July | $8,220 |
| Booking | Boston | July | $6,321 |
| Booking | Boston | July | $20,108 |
| Booking | Boston | July | $11,168 |
| Booking | Boston | July | $9,449 |
| Booking | Boston | July | $13,287 |
| Booking | Boston | July | $4,224 |
| Booking | Boston | July | $4,224 |
| Booking | Boston | July | $4,012 |
| Booking | Boston | July | $13,505 |
| Booking | Boston | July | $5,143 |
| Booking | Boston | July | $13,505 |
| Booking | Boston | July | $3,715 |
| Booking | Boston | July | $3,715 |
| Booking | Boston | July | $3,710 |
| Booking | Boston | July | $3,710 |
| Booking | Boston | July | $4,360 |
| Booking | Boston | July | $3,710 |
| Hotels | Boston | July | $8,425 |
| Hotels | Boston | July | $17,074 |
| Hotels | Boston | July | $9,929 |
| Hotels | Boston | July | $8,938 |
| Hotels | Boston | July | $9,004 |
| Hotels | Boston | July | $28,120 |
| Hotels | Boston | July | $8,100 |
| Hotels | Boston | July | $10,910 |
| Hotels | Boston | July | $11,263 |
| Hotels | Boston | July | $11,478 |
| Hotels | Boston | July | $12,032 |
| Hotels | Boston | July | $56,410 |
| Hotels | Boston | July | $9,679 |
| Hotels | Boston | July | $13,057 |
| Hotels | Boston | July | $20,691 |
| Hotels | Boston | July | $19,601 |
| Hotels | Boston | July | $12,399 |
| Hotels | Boston | July | $7,162 |
| Hotels | Boston | July | $12,399 |

| Hotels | Boston | July | $11,233 |
|---|---|---|---|
| Hotels | Boston | July | $17,074 |
| Hotels | Boston | July | $20,512 |
| Hotels | Boston | July | $13,005 |
| Hotels | Boston | July | $8,425 |
| Hotels | Boston | July | $20,460 |
| Hotels | Boston | July | $8,917 |
| Hotels | Boston | July | $11,509 |
| Hotels | Boston | July | $8,223 |
| Hotels | Boston | July | $9,004 |
| Hotels | Boston | July | $16,524 |
| Hotels | Boston | July | $10,476 |
| Hotels | Boston | July | $20,269 |
| Hotels | Boston | July | $16,107 |
| Hotels | Boston | July | $13,499 |
| Hotels | Boston | July | $10,236 |
| Hotels | Boston | July | $10,890 |
| Hotels | Boston | July | $10,886 |
| Hotels | Boston | July | $12,444 |
| Hotels | Boston | July | $14,879 |
| Hotels | Boston | July | $5,911 |
| Hotels | Boston | July | $13,094 |
| Hotels | Boston | July | $8,100 |
| Hotels | Boston | July | $8,398 |
| Hotels | Boston | July | $10,000 |
| Hotels | Boston | July | $7,888 |
| Hotels | Boston | July | $11,151 |
| Hotels | Boston | July | $8,387 |
| Hotels | Boston | July | $9,479 |
| Hotels | Boston | July | $20,460 |
| Hotels | Boston | July | $12,032 |
| Hotels | Boston | July | $8,223 |
| Hotels | Boston | July | $6,379 |
| Hotels | Boston | July | $7,162 |
| Hotels | Boston | July | $6,801 |
| Hotels | Boston | July | $9,151 |
| Hotels | Boston | July | $14,739 |
| Hotels | Boston | July | $8,387 |
| Hotels | Boston | July | $7,888 |
| Hotels | Boston | July | $6,708 |
| Hotels | Boston | July | $10,077 |
| Hotels | Boston | July | $34,011 |
| Hotels | Boston | July | $7,146 |
| Hotels | Boston | July | $12,831 |
| Hotels | Boston | July | $5,442 |

| Hotels | Boston | July | $8,287 |
| --- | --- | --- | --- |
| Hotels | Boston | July | $8,257 |
| Hotels | Boston | July | $14,739 |
| Hotels | Boston | July | $10,000 |
| Hotels | Boston | July | $7,122 |
| Hotels | Boston | July | $10,899 |
| Hotels | Boston | July | $10,290 |
| Hotels | Boston | July | $11,054 |
| Hotels | Boston | July | $9,947 |
| Hotels | Boston | July | $11,797 |
| Hotels | Boston | July | $28,120 |
| Hotels | Boston | July | $5,911 |
| Hotels | Boston | July | $6,043 |
| Hotels | Boston | July | $6,224 |
| Hotels | Boston | July | $6,268 |
| Hotels | Boston | July | $5,263 |
| Hotels | Boston | July | $8,141 |
| Hotels | Boston | July | $8,095 |
| Hotels | Boston | July | $7,475 |
| Hotels | Boston | July | $9,929 |
| Hotels | Boston | July | $14,879 |

AVERAGE: $369

| Site | City | Month | TotalCost |
|---|---|---|---|
| Booking | Boston | October | $9,398 |
| Booking | Boston | October | $19,239 |
| Booking | Boston | October | $12,797 |
| Booking | Boston | October | $11,462 |
| Booking | Boston | October | $25,910 |
| Booking | Boston | October | $9,450 |
| Booking | Boston | October | $19,206 |
| Booking | Boston | October | $5,909 |
| Booking | Boston | October | $14,754 |
| Booking | Boston | October | $8,791 |
| Booking | Boston | October | $7,205 |
| Booking | Boston | October | $10,628 |
| Booking | Boston | October | $5,018 |
| Booking | Boston | October | $13,964 |
| Booking | Boston | October | $92,435 |
| Booking | Boston | October | $8,980 |
| Booking | Boston | October | $34,367 |
| Booking | Boston | October | $3,854 |
| Booking | Boston | October | $5,027 |
| Booking | Boston | October | $13,996 |
| Booking | Boston | October | $1,667 |
| Booking | Boston | October | $4,138 |
| Booking | Boston | October | $3,470 |
| Booking | Boston | October | $4,501 |
| Hotels | Boston | October | $9,679 |
| Hotels | Boston | October | $6,600 |
| Hotels | Boston | October | $4,900 |
| Hotels | Boston | October | $9,820 |
| Hotels | Boston | October | $9,798 |
| Hotels | Boston | October | $13,707 |
| Hotels | Boston | October | $9,679 |
| Hotels | Boston | October | $18,031 |
| Hotels | Boston | October | $15,080 |
| Hotels | Boston | October | $10,966 |
| Hotels | Boston | October | $4,900 |
| Hotels | Boston | October | $6,600 |

AVERAGE: $417

| Site | City | Month | TotalCost |
|---|---|---|---|
| Booking | Marshall | January | $5,101 |
| Booking | Marshall | January | $3,799 |
| Booking | Marshall | January | $3,150 |
| Booking | Marshall | January | $3,533 |
| Booking | Marshall | January | $1,539 |
| Booking | Marshall | January | $4,308 |
| Booking | Marshall | January | $3,045 |
| Booking | Marshall | January | $2,169 |
| Booking | Marshall | January | $7,542 |
| Booking | Marshall | January | $4,020 |
| Booking | Marshall | January | $4,132 |
| Booking | Marshall | January | $6,555 |
| Booking | Marshall | January | $1,575 |
| Booking | Marshall | January | $4,061 |
| Booking | Marshall | January | $9,136 |
| Booking | Marshall | January | $7,384 |
| Booking | Marshall | January | $7,177 |
| Booking | Marshall | January | $3,853 |
| Booking | Marshall | January | $10,640 |
| Booking | Marshall | January | $6,347 |
| Booking | Marshall | January | $7,640 |
| Booking | Marshall | January | $5,388 |
| Booking | Marshall | January | $4,113 |
| Booking | Marshall | January | $5,448 |
| Booking | Marshall | January | $3,780 |
| Hotels | Marshall | January | $4,568 |
| Hotels | Marshall | January | $6,255 |
| Hotels | Marshall | January | $1,739 |
| Hotels | Marshall | January | $3,742 |
| Hotels | Marshall | January | $4,568 |
| Hotels | Marshall | January | $1,739 |
| Hotels | Marshall | January | $3,065 |
| Hotels | Marshall | January | $1,898 |
| Hotels | Marshall | January | $2,644 |
| Hotels | Marshall | January | $6,255 |
| Hotels | Marshall | January | $2,451 |
| Hotels | Marshall | January | $3,742 |
| Hotels | Marshall | January | $3,441 |
| Hotels | Marshall | January | $3,993 |
| Hotels | Marshall | January | $3,560 |

AVERAGE: $144

| Site | City | Month | TotalCost |
|---|---|---|---|
| Booking | Marshall | April | $5,178 |
| Booking | Marshall | April | $4,528 |
| Booking | Marshall | April | $3,150 |
| Booking | Marshall | April | $3,725 |
| Booking | Marshall | April | $1,546 |
| Booking | Marshall | April | $4,308 |
| Booking | Marshall | April | $3,317 |
| Booking | Marshall | April | $3,261 |
| Booking | Marshall | April | $8,352 |
| Booking | Marshall | April | $4,020 |
| Booking | Marshall | April | $3,852 |
| Booking | Marshall | April | $6,555 |
| Booking | Marshall | April | $1,477 |
| Booking | Marshall | April | $4,061 |
| Booking | Marshall | April | $9,136 |
| Booking | Marshall | April | $9,470 |
| Booking | Marshall | April | $7,190 |
| Booking | Marshall | April | $4,963 |
| Booking | Marshall | April | $10,640 |
| Booking | Marshall | April | $8,287 |
| Booking | Marshall | April | $5,852 |
| Booking | Marshall | April | $9,196 |
| Booking | Marshall | April | $5,792 |
| Booking | Marshall | April | $5,448 |
| Booking | Marshall | April | $3,780 |
| Hotels | Marshall | April | $5,501 |
| Hotels | Marshall | April | $6,350 |
| Hotels | Marshall | April | $1,746 |
| Hotels | Marshall | April | $4,162 |
| Hotels | Marshall | April | $5,501 |
| Hotels | Marshall | April | $1,746 |
| Hotels | Marshall | April | $2,986 |
| Hotels | Marshall | April | $1,898 |
| Hotels | Marshall | April | $3,015 |
| Hotels | Marshall | April | $3,560 |
| Hotels | Marshall | April | $4,162 |
| Hotels | Marshall | April | $4,209 |
| Hotels | Marshall | April | $3,748 |
| Hotels | Marshall | April | $3,685 |
| Hotels | Marshall | April | $4,868 |
| Hotels | Marshall | April | $6,350 |

|  | AVERAGE: | $163 |

| Site | City | Month | TotalCost |
|---|---|---|---|
| Booking | Marshall | July | $6,155 |
| Booking | Marshall | July | $5,590 |
| Booking | Marshall | July | $3,150 |
| Booking | Marshall | July | $3,662 |
| Booking | Marshall | July | $1,572 |
| Booking | Marshall | July | $4,308 |
| Booking | Marshall | July | $3,279 |
| Booking | Marshall | July | $3,176 |
| Booking | Marshall | July | $10,209 |
| Booking | Marshall | July | $4,020 |
| Booking | Marshall | July | $3,852 |
| Booking | Marshall | July | $6,656 |
| Booking | Marshall | July | $1,733 |
| Booking | Marshall | July | $3,841 |
| Booking | Marshall | July | $10,974 |
| Booking | Marshall | July | $8,282 |
| Booking | Marshall | July | $6,339 |
| Booking | Marshall | July | $11,605 |
| Booking | Marshall | July | $10,885 |
| Booking | Marshall | July | $7,580 |
| Booking | Marshall | July | $11,013 |
| Booking | Marshall | July | $7,489 |
| Booking | Marshall | July | $5,448 |
| Booking | Marshall | July | $3,780 |
| Booking | Marshall | July | $1,398 |
| Hotels | Marshall | July | $6,874 |
| Hotels | Marshall | July | $7,597 |
| Hotels | Marshall | July | $1,775 |
| Hotels | Marshall | July | $1,898 |
| Hotels | Marshall | July | $4,536 |
| Hotels | Marshall | July | $1,775 |
| Hotels | Marshall | July | $2,592 |
| Hotels | Marshall | July | $6,874 |
| Hotels | Marshall | July | $2,590 |
| Hotels | Marshall | July | $1,898 |
| Hotels | Marshall | July | $3,560 |
| Hotels | Marshall | July | $4,138 |
| Hotels | Marshall | July | $3,705 |
| Hotels | Marshall | July | $1,898 |
| Hotels | Marshall | July | $4,536 |
| Hotels | Marshall | July | $3,589 |
| Hotels | Marshall | July | $4,868 |
| Hotels | Marshall | July | $7,597 |

AVERAGE: $164

| Site | City | Month | TotalCost |
|---|---|---|---|
| Booking | Marshall | October | $3,852 |
| Booking | Marshall | October | $2,139 |
| Booking | Marshall | October | $3,841 |
| Booking | Marshall | October | $2,876 |
| Booking | Marshall | October | $3,031 |
| Booking | Marshall | October | $2,615 |
| Booking | Marshall | October | $6,366 |
| Booking | Marshall | October | $3,490 |

AVERAGE: $114