# EXHIBIT 15

## CJ Courts & Judges Comparator

Showing comparison between **District of Massachusetts** and **Eastern District of Texas**, for all federal district court Patent cases pending between 2009-01-01 and 2024-09-04. Change

### Open Cases

|  | D.Mass. | E.D.Tex. |
|---|---|---|
| **Open Patent Cases** | 68 | 871 |
| **Open federal district court cases** | 5,691 | 2,585 |
| **Patent Cases Percentage** | 1% | 34% |

### Terminated Cases

|  | D.Mass. | E.D.Tex. |
|---|---|---|
| **Terminated Patent Cases** | 1,010 | 13,307 |
| **Terminated federal district court cases** | 40,901 | 34,334 |
| **Patent Cases Percentage** | 2% | 39% |

### Case Filings for Patent cases



| | <2012 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ● D.Mass. | 300 | 79 | 119 | 53 | 69 | 60 | 94 | 56 | 55 | 34 | 32 | 58 | 37 | 32 |
| ● E.D.Tex. | 1,442 | 1,250 | 1,493 | 1,425 | 2,542 | 1,666 | 863 | 504 | 332 | 395 | 448 | 470 | 627 | 720 |

* 2024 numbers are year-to-date. Open dots are full-year estimates.

## Time to Permanent Injunction (Grant) for Patent cases



## Time to Dismiss (Contested) for Patent cases



## Time to Class Certification for Patent cases



## Time to Claim Construction Hearing for Patent cases



Courts & Judges Comparator                    Lex Machina                                Page 3 of 5

## Time to Summary Judgment for Patent cases



**D.Mass.**
127 Cases reached Summary Judgment
Median: 756 days

**E.D.Tex.**
500 Cases reached Summary Judgment
Median: 616 days

## Time to Trial for Patent cases



**D.Mass.**
49 Cases reached Trial
Median: 993 days

**E.D.Tex.**
278 Cases reached Trial
Median: 727 days

## Time to Termination for Patent cases



**D.Mass.**
1,010 Terminated Cases
Median: 259 days

**E.D.Tex.**
13,307 Terminated Cases
Median: 214 days

## Case Resolutions for Patent cases

|  | D.Mass. |  | E.D.Tex. |  |
|---|---|---|---|---|
| **Cases with Claimant Win Resolutions** | 65 | (6%) | 232 | (2%) |
| **Cases with Claim Defendant Win Resolutions** | 49 | (5%) | 200 | (2%) |
| **Cases with Likely Settlement Resolutions** | 751 | (74%) | 11,263 | (85%) |
| **Cases with Procedural Resolutions** | 145 | (14%) | 1,602 | (12%) |
| **Total Cases with Resolutions** | 1,010 | (100%) | 13,297 | (100%) |

https://law.lexmachina.com/apps/judge_comparison/compare?court=mad&court=txed&case-type=Patent


## Damages for Patent cases

|  | D.Mass. | | E.D.Tex. | |
|---|---|---|---|---|
|  | Cases | Damages | Cases | Damages |
| **Attorneys' Fees / Costs** | 24 | $6,521,472 | 167 | $55,285,990 |
| **Other / Mixed Damage Types** | 2 | $1,920,000 | 14 | $45,357,817 |
| **Prejudgment Interest** | 7 | $12,226,683 | 38 | $196,045,777 |
| **Lost Profits (Patent)** | 3 | $183,902,000 | 19 | $495,594,806 |
| **Reasonable Royalty** | 13 | $104,170,516 | 103 | $4,885,554,758 |
| **Enhanced Damages (Patent)** | 2 | $1,591,395 | 17 | $315,290,431 |

## Remedies for Patent cases

|  | D.Mass. | E.D.Tex. |
|---|---|---|
| **Permanent Injunction: Grant** | 40 | 111 |
| **Preliminary Injunction: Grant** | 7 | 12 |
| **Temporary Restraining Order: Grant** | 5 | 2 |
| **Permanent Injunction: Deny** | 2 | 9 |
| **Preliminary Injunction: Deny** | 15 | 7 |
| **Temporary Restraining Order: Deny** | 2 | 5 |
| **Rescission** | – | – |
| **Reformation** | – | – |
| **Administrative Remand** | – | – |
| **Reinstatement** | – | – |
| **Specific Performance** | – | – |

## Findings for Patent cases

| | Default Judgment | Consent Judgment | Judgment on the Pleadings | Summary Judgment | Trial | Judgment as a Matter of Law | Decision on Bankruptcy Appeal | Any Judgment Event |
|---|---|---|---|---|---|---|---|---|
| **Findings of Infringement** | | | | | | | | |
| D.Mass. | 4 | 13 | – | 8 | 21 | 1 | – | 46 |
| E.D.Tex. | 38 | 51 | – | 5 | 123 | 1 | – | 212 |
| **Findings of No Infringement** | | | | | | | | |
| D.Mass. | 1 | 13 | 1 | 30 | 16 | – | – | 56 |
| E.D.Tex. | – | 43 | 4 | 103 | 93 | 22 | – | 244 |
| **Findings of Invalidity** | | | | | | | | |
| D.Mass. | – | – | 10 | 17 | 11 | 4 | – | 41 |
| E.D.Tex. | – | 2 | 32 | 108 | 44 | 12 | – | 191 |
| **Findings of No Invalidity** | | | | | | | | |
| D.Mass. | 1 | 19 | – | 10 | 23 | 3 | – | 53 |
| E.D.Tex. | 7 | 52 | – | 20 | 135 | 9 | – | 212 |
| **Findings of Unenforceability** | | | | | | | | |
| D.Mass. | – | – | – | – | 1 | – | – | 1 |
| E.D.Tex. | – | – | 1 | – | 5 | – | – | 6 |
| **Findings of No Unenforceability** | | | | | | | | |
| D.Mass. | 1 | 16 | – | 5 | 4 | 2 | – | 28 |
| E.D.Tex. | 6 | 45 | – | 8 | 28 | 2 | – | 89 |

\* For judge comparisons, case counts reflect cases in which the judge was associated with the case, per the official PACER record. Occasionally, multiple judges are associated with a single case, so some of the Case Resolutions, Damages, Remedies, or Findings in the analytics above may have resulted from orders issued by a judge other than the one shown.

\* To reflect the most current outcomes, these analytics do not include Damages, Remedies, or Findings that were voided or reversed. Learn more.