# EXHIBIT 16

PATENT RESEARCH TOOLS [6]

# Time to Trial





| Courts | Judges |

🔍 Texas Eastern District                                     ✕

**Date Range to Include**

January 1, 2008 – September 4, 2024                          ✕

**Date Range to Exclude**

Off  Exclude cases with transfers

Off  Exclude cases with Stays

On  Exclude Outliers[3]

Off  Exclude cases with Consolidations

**Case Size[4]**

☐ Small    ☐ Medium    ☐ Large

**Jury and Bench Trials[5]**

☐ Bench Trials    ☐ Jury Trials

| Average Months | Median Months | Maximum Months | Minimum Months |
|---|---|---|---|
| **27** | **24** | **78** | **11** |
| 🌐 National: 31 | 🌐 National: 29 | 🌐 National: 79 | 🌐 National: 9 |

**TIME TO TRIAL FOR EDTX[1]**

**TIME TO TRIAL COMPARISON [2]**

1. A histogram bins numeric data into groups, so you can compare the size of each group. In this chart, each bar shows the number of trials during each 6-month period after the case filing date.
2. This chart shows how widely or narrowly distributed time to trial was in the selected courts. A shorter box indicates that trial timing was more consistent, while a longer box indicates that trial timing was more varied. The box itself represents the middle 50% of the data, while the quickest 25% and slowest 25% of trials are represented by the lines extending from the box.
3. Data points outside the 3rd and 97th quantiles are considered outliers and are excluded when this switch is toggled on (On by Default).
4. Small, Medium, and Large cases are defined by the number of patent infringement Accusations therein. Small cases are those with 4 or fewer accusations. Medium cases have between 5 and 9 accusations. Large cases have 10 or more accusations.
5. Bench trials are defined as those resulting in Findings of Fact and Conclusions of Law issued by a judge. Jury trials are defined as trials resulting in a Verdict returned by jurors.
6. Data on this page is based on the time from the filing date of a case (or the earliest case in a group of transferred/consolidated cases) to the time of the earliest document indicating that a trial occurred such as a Verdict (indicating a jury trial) or Findings of Fact and Conclusions of Law (indicating a bench trial).