# EXHIBIT 18

## CJ Courts & Judges Comparator

Showing comparison between District of Massachusetts and Eastern District of Texas, for all federal district court cases pending between 2009-01-01 and 2024-09-04. Change

## Open Cases

|  | D.Mass. | E.D.Tex. |
|---|---|---|
| Open federal district court cases | 5,691 | 2,585 |

## Terminated Cases

|  | D.Mass. | E.D.Tex. |
|---|---|---|
| Terminated federal district court cases | 40,901 | 34,334 |

## Case Filings for all federal district court cases



|  | <2012 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D.Mass. | 6,810 | 1,987 | 2,673 | 4,159 | 3,768 | 1,902 | 2,126 | 2,096 | 2,117 | 1,843 | 1,656 | 1,738 | 2,625 | 1,804 |
| E.D.Tex. | 5,607 | 2,334 | 2,531 | 2,484 | 3,507 | 2,631 | 1,881 | 1,614 | 1,570 | 1,553 | 1,644 | 1,696 | 2,020 | 1,568 |

* 2024 numbers are year-to-date. Open dots are full-year estimates.

## Time to Permanent Injunction (Grant) for all federal district court cases



D.Mass.
688 Cases reached Permanent Injunction (Grant)
Median: 233 days

E.D.Tex.
358 Cases reached Permanent Injunction (Grant)
Median: 279 days

*Remaining Federal cases are not included.*

## Time to Dismiss (Contested) for all federal district court cases

**D.Mass.**
7,909 Cases reached Dismiss (Contested)
Median: 230 days

**E.D.Tex.**
6,081 Cases reached Dismiss (Contested)
Median: 224 days

## Time to FLSA Conditional Certification for all federal district court cases

**D.Mass.**
87 Cases reached FLSA Conditional Certification
Median: 436 days

**E.D.Tex.**
75 Cases reached FLSA Conditional Certification
Median: 291 days

*Remaining Federal cases are not included.*

## Time to Class Certification for all federal district court cases

**D.Mass.**
295 Cases reached Class Certification
Median: 763 days

**E.D.Tex.**
45 Cases reached Class Certification
Median: 677 days

*Remaining Federal cases are not included.*

## Time to Claim Construction Hearing for all federal district court cases



D.Mass.
210 Cases reached Claim Construction Hearing
Median: 422 days

E.D.Tex.
1,164 Cases reached Claim Construction Hearing
Median: 428 days

*Remaining Federal cases are not included.*

## Time to Summary Judgment for all federal district court cases



D.Mass.
3,583 Cases reached Summary Judgment
Median: 667 days

E.D.Tex.
2,670 Cases reached Summary Judgment
Median: 479 days

## Time to Trial for all federal district court cases



D.Mass.
884 Cases reached Trial
Median: 894 days

E.D.Tex.
700 Cases reached Trial
Median: 628 days

## Time to Termination for all federal district court cases



## Time to Approved Class Action Settlement for all federal district court cases



## Case Resolutions for all federal district court cases

|  | D.Mass. |  | E.D.Tex. |  |
|---|---:|---:|---:|---:|
| **Cases with Claimant Win Resolutions** | 2,364 | (7%) | 1,015 | (3%) |
| **Cases with Claim Defendant Win Resolutions** | 2,201 | (7%) | 1,408 | (5%) |
| **Cases with Likely Settlement Resolutions** | 16,222 | (50%) | 22,861 | (75%) |
| **Cases with Procedural Resolutions** | 11,551 | (36%) | 5,035 | (17%) |
| **Total Cases with Resolutions** | 32,338 | (100%) | 30,319 | (100%) |

*Remaining Federal cases are not included in Case Resolutions Analytics.*



## Damages for all federal district court cases

|  | D.Mass. | | E.D.Tex. | |
|---|---|---|---|---|
|  | Cases | Damages | Cases | Damages |
| Attorneys' Fees / Costs | 1,027 | $63,236,319 | 535 | $75,400,446 |
| Other / Mixed Damage Types | 100 | $24,181,411 | 43 | $79,471,677 |
| Prejudgment Interest | 370 | $218,669,882 | 122 | $216,099,650 |
| Enhanced Damages (Patent) | 2 | $1,591,395 | 17 | $315,290,431 |
| Reasonable Royalty | 13 | $104,170,516 | 103 | $4,885,554,758 |
| Lost Profits (Patent) | 3 | $183,902,000 | 19 | $495,594,806 |
| Mass Counterfeiter Default Damages | 3 | N/A | 2 | N/A |
| Statutory Damages (Trademark) | 23 | $24,995,069 | 16 | $12,615,428 |
| Actual Damages / Infringer's Profits (Trademark) | 10 | $30,532,678 | 5 | $2,889,910 |
| Enhanced Damages (Trademark) | 3 | $4,642,798 | – | $0 |
| Statutory Damages (Copyright) | 47 | $4,036,387 | 10 | $1,378,000 |
| Actual Damages / Infringer's Profits (Copyright) | 1 | $39,003 | 2 | $2,392,157 |
| Antitrust Violation Damages | – | $0 | 2 | $45,003,294 |
| Enhanced Damages (Antitrust) | – | $0 | 1 | $2,400,000 |
| Disgorgement (Securities) | 102 | $705,815,349 | 25 | $101,499,604 |
| SEC / CFTC Penalties | 86 | $275,742,748 | 23 | $35,920,293 |
| Other Securities Damages | 2 | $2,026,594 | 4 | $84,589,581 |
| Shareholder Derivative Settlement | 6 | $3,230,000 | – | $0 |
| Punitive Damages (Bankruptcy) | 1 | $770,000 | – | $0 |
| Actual Damages (Bankruptcy) | 3 | $1,744,751 | – | $0 |
| Other Bankruptcy Damages | – | $0 | – | $0 |
| State Statutory Penalties (Employment) | – | $0 | – | $0 |
| Enhanced Damages (Employment) | – | $0 | – | $0 |
| Liquidated Damages (Employment) | 46 | $8,521,292 | 26 | $701,245 |
| Other Compensatory Damages (Employment) | 17 | $8,848,316 | 23 | $2,004,179 |
| Punitive Damages (Employment) | 20 | $13,489,842 | 6 | $41,098,000 |
| Collective Action Settlement | 54 | $396,707,528 | 25 | $23,902,646 |
| Front Pay | 5 | $3,488,532 | 2 | $38,937 |
| Backpay | 80 | $22,864,403 | 48 | $3,422,326 |
| Civil Money Penalties (Employment) | 25 | $1,562,913 | 1 | $222,200 |
| Emotional Distress | 13 | $9,199,222 | 11 | $36,591,700 |
| EEOC Class Settlement | 2 | $12,250,000 | 3 | $4,250,000 |
| Other Product Liability Damages | – | $0 | 1 | $140,700 |
| Personal Injury: Economic | 2 | $6,482,668 | 2 | $4,610,553 |
| Personal Injury: Non-Economic | 2 | $3,500,000 | 2 | $3,600,000 |

|  | D.Mass. | | E.D.Tex. | |
| --- | --- | --- | --- | --- |
|  | Cases | Damages | Cases | Damages |
| Personal Injury: Unspecified | 3 | $6,905,942 | 2 | $5,079,086 |
| Property Damages | – | $0 | 1 | $135,000 |
| Punitive Damages (Product Liability) | 1 | $6,200,000 | – | $0 |
| Reasonable Royalty (Trade Secret) | 1 | $70,000,000 | 1 | $4,295,760 |
| Punitive / Willfulness Damages | 1 | $21,000,000 | 3 | $108,492,000 |
| Actual Damages / Lost Profits | 7 | $3,438,091 | 5 | $34,355,298 |
| Contract Damages (Insurance) | 15 | $14,076,796 | 10 | $8,872,550 |
| Tort Damages | – | $0 | 1 | $579,273 |
| Emotional Distress Damages (Insurance) | – | $0 | 1 | $7,500 |
| Punitive Damages (Insurance) | – | $0 | 1 | $6,378 |
| Restitution (Insurance) | 2 | $1,288,483 | 1 | $1,564,334 |
| Enhanced Damages (Insurance) | 2 | $5,682,055 | – | $0 |
| Liquidated Damages (ERISA) | 330 | $10,329,961 | 2 | $16,044 |
| Restitution (ERISA) | 12 | $746,530 | 4 | $213,231 |
| Interest on Unpaid Contributions | 355 | $8,875,794 | 2 | $20,647 |
| Disclosure Penalties | 1 | $5,000 | – | $0 |
| ERISA Plan Benefits | 388 | $56,595,420 | 7 | $294,918 |
| Administrative Fees | 47 | $141,301 | – | $0 |
| Civil Money Penalties (ERISA) | 3 | $12,835 | – | $0 |
| Disgorgement (ERISA) | 3 | $124,219 | – | $0 |
| Tort Compensatory Damages (Contracts) | 18 | $27,562,762 | 12 | $15,151,778 |
| Liquidated Damages (Contracts) | 2 | $404,362 | – | $0 |
| Punitive Damages (Contracts) | 1 | $162,000 | 9 | $14,709,926 |
| Contract Damages (Contracts) | 336 | $502,187,995 | 129 | $169,559,233 |
| Enhanced Damages (Contracts) | 11 | $10,186,055 | 1 | $514,118 |
| Restitution (Contracts) | 10 | $6,144,716 | – | $0 |
| Tax / Penalty Assessed | 124 | $62,153,330 | 36 | $60,840,653 |
| Refund | 6 | $110,538,246 | 2 | $1,167,943 |
| Survivor Expenses | 2 | $23,386 | – | $0 |
| Medical Expenses (Torts) | 11 | $2,393,343 | 26 | $2,906,762 |
| Loss of Support | – | $0 | 1 | $30,000 |
| Loss of Consortium (Torts) | 5 | $7,381,250 | 4 | $1,416,750 |
| General Compensatory Damages | 30 | $48,684,553 | 16 | $18,599,000 |
| Pain and Suffering (Torts) | 14 | $9,166,520 | 28 | $10,367,778 |
| Punitive Damages (Torts) | 2 | $825,000 | 3 | $3,275,000 |
| Lost Wages (Torts) | 8 | $2,493,274 | 13 | $2,303,862 |

|  | D.Mass. | | E.D.Tex. | |
|---|---:|---:|---:|---:|
|  | Cases | Damages | Cases | Damages |
| Environmental Project / Mitigation Fund | 80 | $6,332,400 | 2 | $1,213,000 |
| Civil Money Penalties (Environmental) | 51 | $17,732,981 | 9 | $6,332,200 |
| Punitive Damages (Environmental) | – | $0 | – | $0 |
| CERCLA Cost Recovery / Contribution | 15 | $78,033,302 | 3 | $3,126,711 |
| Natural Resource Damages / Assessment Costs | 8 | $32,890,248 | 1 | $198,853 |
| Statutory Damages (Consumer Protection) | 33 | $77,091 | 33 | $155,100 |
| Restitution (Consumer Protection) | 6 | $124,722,748 | 5 | $173,726,000 |
| Settled Claim Damages (Consumer Protection) | 12 | $105,672 | 10 | $45,106 |
| Civil Money Penalties (Consumer Protection) | 5 | $19,447,034 | 3 | $2,842,000 |
| Compensatory Damages (Consumer Protection) | 14 | $304,477,252 | 4 | $18,680 |
| Punitive Damages (Consumer Protection) | – | $0 | 1 | $3,000 |
| Enhanced / Trebled Damages | 7 | $274,556 | 6 | $88,000 |
| Nominal Damages (Civil Rights) | 1 | $1 | – | $0 |
| State Statutory Damages (Civil Rights) | – | $0 | – | $0 |
| Civil Penalties (Civil Rights) | 1 | $35,000 | – | $0 |
| Compensatory Damages (Civil Rights) | 31 | $50,779,629 | 7 | $6,951,666 |
| Punitive Damages (Civil Rights) | 6 | $3,506,200 | 3 | $16,015,000 |
| Restitution (False Claims) | – | $0 | – | $0 |
| Relator Share | – | $0 | 2 | $277,240 |
| Actual Damages (False Claims) | 1 | $4,563,328 | 6 | $289,335 |
| Civil Penalties (False Claims) | 2 | $174,000 | 2 | $1,033,240 |
| Back Pay | 1 | $762,525 | – | $0 |
| Settled Claim Damages (False Claims) | – | $0 | 3 | $4,072,356 |
| Treble Damages | 2 | $9,128,356 | 2 | $313,772 |
| Special Damages (False Claims) | – | $0 | – | $0 |
| Tort Compensatory Damages (Surety Bond) | 1 | $490,935 | – | $0 |
| Contract Damages (Surety Bond) | 23 | $60,287,855 | 7 | $3,490,720 |
| Punitive Damages (Internet) | – | $0 | – | $0 |
| Actual Damages / Disgorgement | 2 | $367,100 | 1 | $218,913 |
| Statutory Damages (Internet) | 4 | $835,000 | 3 | $30,000 |
| Contract Damages (Real Property) | 35 | $35,407,671 | 23 | $7,301,035 |
| Compensatory Damages (Real Property) | 3 | $110,721 | 3 | $904,128 |
| Nominal Damages (Real Property) | – | $0 | – | $0 |
| Punitive Damages (Real Property) | – | $0 | 1 | $1,500 |
| Restitution (Real Property) | 1 | $15,975 | 1 | $20,000 |
| Special Damages (Real Property) | – | $0 | – | $0 |


|  | D.Mass. | | E.D.Tex. | |
| --- | --- | --- | --- | --- |
|  | Cases | Damages | Cases | Damages |
| **Just Compensation** | 1 | $58,100 | 8 | $273,474 |
| **Settled Claim Damages (Real Property)** | – | $0 | 1 | $20,000 |
| **Approved Class Action Settlement (Class Action)** | 231 | $3,170,021,103 | 34 | $336,409,621 |

*Remaining Federal cases are not included in Damages Analytics.*

## Remedies for all federal district court cases

| | D.Mass. | E.D.Tex. |
|---|---|---|
| **Permanent Injunction: Grant** | 657 | 343 |
| **Preliminary Injunction: Grant** | 369 | 108 |
| **Temporary Restraining Order: Grant** | 202 | 67 |
| **Permanent Injunction: Deny** | 21 | 17 |
| **Preliminary Injunction: Deny** | 255 | 59 |
| **Temporary Restraining Order: Deny** | 100 | 62 |
| **Rescission** | 14 | 3 |
| **Reformation** | 2 | 1 |
| **Administrative Remand** | 37 | – |
| **Reinstatement** | 5 | 2 |
| **Specific Performance** | 13 | 4 |
| **Divestiture** | – | – |
| **Recovery of Property** | 1 | – |
| **Replevin** | 7 | 1 |
| **Promotion** | 1 | – |
| **Relinquish Domain Name** | 23 | 11 |
| **Cancellation of Registration** | 4 | 1 |
| **Appointment of Independent Fiduciary** | 22 | – |
| **Bond for Future Contributions** | – | – |
| **Plan Audit** | 45 | – |
| **Security Bond / Performance Guarantee** | 7 | – |
| **Compliance / Remediation Plan** | 94 | 9 |
| **TILA Rescission** | – | – |
| **ADA Remediation** | 38 | 5 |
| **Non-ADA Remediation** | 9 | 4 |
| **Quia Timet** | – | – |
| **Exoneration** | – | – |
| **Quia Timet / Exoneration** | 2 | – |
| **Reformation (Real Property)** | 11 | 2 |
| **Rescission (Real Property)** | 2 | 3 |

*Remaining Federal cases are not included in Remedies Analytics.*

\* For judge comparisons, case counts reflect cases in which the judge was associated with the case, per the official PACER record. Occasionally, multiple judges are associated with a single case, so some of the Case Resolutions, Damages, Remedies, or Findings in the analytics above may have resulted from orders issued by a judge other than the one shown.

\* To reflect the most current outcomes, these analytics do not include Damages, Remedies, or Findings that were voided or reversed. Learn more.