IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DYSON, INC. and DYSON TECHNOLOGY LIMITED., <br><br> *Plaintiffs*, <br><br> v. <br><br> SHARKNINJA, INC., OMACRHON ALPHA INC., and OMACHRON INTELLECTUAL PROPERTY INC., <br><br> *Defendant*s. | CASE NO. 2:24-CV-00386-JRG <br><br> **JURY TRIAL DEMANDED** |

**ORDER DENYING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION, OR IN THE ALTERNATIVE, MOTION TO TRANSFER PLAINTIFFS' INFRINGEMENT CLAIMS UDER 28 U.S.C. § 1404 (Dkt. 31)**

The Court, having considered Defendants' Motion to Dismiss Plaintiffs' Amended Complaint for Lack of Personal Jurisdiction, or in the Alternative, Motion to Transfer Plaintiffs' Infringement Claims Under 28 U.S.C. § 1404 (the "Motion"), and all briefing in support thereof and opposition thereto, concludes that Defendants' Motion should be and hereby is **DENIED**.

IT IS SO ORDERED.